BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

Attorneys for Petitioners

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and R.L. WILLETT, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>WALTER ANTONIO, JR.,<br><br>Respondent. | Case No. 2:11-mc-00006-GEB-KJN<br><br>**ORDER ENFORCING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONSES**<br><br>Taxpayer:<br>WALTER ANTONIO, JR. and WALTER ANTONIO, JR., Member "IUCG Sunshine Designs LLC" |

    The United States and Revenue Officer R.L. Willett here petition for enforcement of two I.R.S. summonses. The matter was placed before United States Magistrate Judge Kendall J. Newman under 28 U.S.C. § 636 *et seq.* and Local Rule 73-302.

    The Verified Petition to Enforce Internal Revenue Service Summons initiating this proceeding seeks to enforce two administrative summonses, attached as Exhibit A to the petition. The summonses are in aid of Revenue Officer Willett's investigation of Walter Antonio, Jr.'s correct liabilities for personal income tax for the tax years ending December 31, 2007, December 31, 2008, and December 31, 2009; and of his ability to pay delinquent Employer's Federal Quarterly Tax (Form 941) for the tax periods ending December 31, 2008, March 31, 2009, June 30, 2009, and September 30, 2009 relating to his business "IUCG Sunshine Designs LLC."

On January 24, 2011, Judge Newman issued an Order to Show Cause, ordering the respondent, Walter Antonio, Jr., to show cause why the I.R.S. summonses issued to him on May 27, 2010, should not be enforced.  The Petition, Points and Authorities, and Order to Show Cause were personally served upon Respondent.  Respondent did not file a written response.

The matter went before Judge Newman for hearing on March 17, 2011.  Yoshinori H. T. Himel appeared for petitioners, and petitioning Revenue Officer R.L. Willett was present.  Respondent did not appear.  Judge Newman filed Findings and Recommendations on March 23, 2011, recommending enforcement.  Neither side filed objections to the Magistrate Judge's findings and recommendations.

I have reviewed the entire record de novo under 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304.  I am satisfied that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis, that there is no evidence of referral of this case by the Internal Revenue Service to the Department of Justice for criminal prosecution, and that the requested and unopposed summons enforcement should be granted.  Accordingly, it is hereby ORDERED as follows:

1. The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons Enforcement, filed March 23, 2011, are ADOPTED IN FULL.

2. The I.R.S. summonses issued to respondent, Walter Antonio, Jr., are ENFORCED.

3. Respondent, Walter Antonio, Jr., is ORDERED to appear at the I.R.S. offices at 4830 Business Center Drive, Suite 250, Fairfield, California 94534, before Revenue Officer R.L. Willett, or her designated representative, within 21 days of the date on which this order is filed, or at a time and date to be set in writing by Revenue Officer Willett, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summonses, the examination to continue from day to day until completed.

///

1   4.  The court retains jurisdiction for further proceedings should they become
2   necessary.
3       It is SO ORDERED.
4   Dated:  April 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

# CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on **April 7, 2011**, she served a copy of:

**[Proposed] ORDER ADOPTING MAGISTRATE
JUDGE'S FINDINGS AND RECOMMENDATIONS
AND ENFORCING I.R.S. SUMMONSES**

by placing said copy in an envelope addressed to the persons hereinafter named, at the places and addresses shown below, which are the last known addresses, and mailing said envelope and contents in the U.S. Mail in Sacramento, California.

Addressees:

Mr. Walter Antonio, Jr.
2475 Ten Gate Road
Fairfield, CA 94534

                      /s/ Mary Ann Rackley
                      MARY ANN RACKLEY